UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| VENKATA RAJU, et al.,<br><br>               Plaintiffs,<br><br>v.<br><br>315 WILLOW AVENUE<br>CONDOMINIUM ASSOCIATION, et al.<br><br>               Defendants. | Civil Action No. 07-3743 (PGS)<br><br><br>**ORDER** |

      A Report and Recommendation was filed on December 28, 2007 recommending that this Court grant Plaintiffs' motion to remand. The parties were given notice that they had ten days within which to object to the Report and Recommendation pursuant to Local Civil Rule 72.1(c)(2). No objection having been received; and the Court having reviewed the Report and Recommendation de novo; and good cause appearing;

      It is, on this 24th day of January, 2008,

      **ORDERED** that the Report and Recommendation of Magistrate Judge Esther Salas is hereby adopted as the opinion of the Court.

January 24, 2008

                                              PETER G. SHERIDAN, U.S.D.J.